FILED
CLERK, U.S. DISTRICT COURT

SEP 15 2014

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUSTAVO McKENZIE, | CASE NO. CV 13-3199-PJW |
| Petitioner, | |
| v. | J U D G M E N T |
| JEFF MACOMBER, WARDEN, | |
| Respondent. | |

For the reasons set forth in the Memorandum Opinion and Order filed today, the Petition is denied and the action is dismissed with prejudice. Further, the Court concludes that Petitioner is not entitled to a certificate of appealability.

Dated: 9/15/14

_____
PATRICK J. WALSH
UNITED STATES MAGISTRATE JUDGE

S:\PJW\Cases-State Habeas\MCKENZIE, G 3199\Judgment.wpd